UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JANET WILLIAMS, | ) | NO. CV 17-5640-AB(Ex) |
| Plaintiff, | ) | |
| v. | ) | ORDER ADOPTING FINDINGS, |
| LOS ANGELES SHERIFF'S DEPARTMENT, ET AL., | ) | CONCLUSIONS AND RECOMMENDATIONS |
| Defendants. | ) | OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) the Answer of Defendant Los Angeles Sheriff's Department and the Answer of Defendant County of Los Angeles are stricken; and (2) default is entered against Defendant Los Angeles Sheriff's Department and against Defendant County of Los Angeles.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Magistrate Judge's Report and Recommendation on all counsel of record.

DATED: September 4, 2019.

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE